# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 119, Flushing, NY 11355

May 15, 2023

**Via Email**
Avrohom Y. Gefen
3000 Marcus Avenue, Suite 1E9
Lake Success, NY 11042
agefen@vmmlegal.com
Attorney for Defendants JJW Enterprises, Inc, and Benjamin Wai

Louisa Wu/Paul W. Siegert
3808 Union Street, Suite 9a
New York, NY 10013
louisawu@wulawgroup.com
paulsiegert@aol.com

Re:   1:21-cv-00873 *Wu et al v. JJW Enterprises, Inc. et al*

Dear Counsel,

We write to serve Defendants in the matter captioned above with the following in connection with Plaintiffs Motion for Leave to File First Amended Complaint, as Described Below:

1. Plaintiffs Motion for Leave to File First Amended Complaint:
    a. Notice of Motion for Leave to File First Amended Complaint,
    b. Declaration of John Troy in Support of Motion for Leave to File First Amended Complaint, and
    c. Plaintiffs' Memorandum of Law in Support of Motion for Leave to File First Amended Complaint; along with Exhibits 1 through 4.

In accordance with Your Honorable James R. Cho Order dated April 26, 2023, regarding Plaintiffs' Motion for Leave to File First Amended Complaint, Defendants shall serve reply papers, if any, no later than June 12, 2023. By July 3, 2023, the motions will be fully-briefed.

Respectfully submitted,
TROY LAW, PLLC

/s/ John Troy
John Troy
*Attorney for Plaintiffs*

cc:  via ECF
    all counsel of record

/rr